BERNARD D. BOLLINGER, JR. (SBN 132817)
  Email: bbollinger@buchalter.com
PAUL S. ARROW (SBN 136870)
  Email: parrow@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
  Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for GTS PROPERTY PORTFOLIOS B-3, LLC
and GULFSTREAM APT. PORTFOLIO, LLC
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GTS PROPERTY PORTFOLIOS B-3, LLC, a Nevada limited liability company,<br><br>Debtors and Debtors-in-Possession.<br><br>☐ Affects GTS PROPERTY PORTFOLIOS B-3, LLC, a Nevada limited liability company<br><br>☐ Affects GULFSTREAM APT. PORTFOLIO, LLC, a Delaware limited liability company,<br><br>☒ Affects all Debtors. | Case No. 2:09-bk-14774-SB<br><br>[Jointly Administered Case Nos. 2:09-bk-14774-SB and 2:09-bk-15342-ER]<br><br>Chapter 11<br><br>**STATEMENT OF DEBTORS GTS PROPERTY PORTFOLIOS B-3, LLC AND GULFSTREAM APT. PORTFOLIO, LLC IN SUPPORT OF THE MOTIONS OF GENERAL ELECTRIC CAPITAL CORPORATION FOR EXAMINATIONS PURSUANT TO BANKRUPTCY RULE 2004 OF CARLENE LEHMAN, JEFFREY SILVERMAN AND GREGORY GARMON**<br><br>**[Affects both Debtors]**<br><br>[No Hearing Required] |

BN 3814088v1                                         1

**TO THE HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE, GENERAL ELECTRIC CAPITAL CORPORATION, AND ALL INTERESTED PARTIES:**

At the invitation of General Electric Capital Corporation ("GECC"), GTS Property Portfolios B-3, LLC and Gulfstream Apt. Portfolio, LLC, debtors and debtors in possession in the above-captioned jointly administered bankruptcy case (collectively, the "Debtors") will be participating in the examinations pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Carlene Lehman, Jeffrey Alan Silverman, and Gregory Paul Garmon on June 29, July 1 and July 2, 2009, respectively. Accordingly, Debtors hereby submit this statement in support of the following motions filed by GECC:

- Notice of Motion and Motion for Examination of Carlene Lehman and Document Production Pursuant to Rule 2004 [Docket No. 126]

- Notice of Motion and Motion for Examination of Jeffrey Alan Silverman and Document Production Pursuant to Rule 2004 [Docket No. 127]

- Notice of Motion and Motion for Examination of Gregory Paul Garmon and Document Production Pursuant to Rule 2004 [Docket No. 128]
(collectively, the "Motions")

Debtors reserve their rights to seek further examination of Carlene Lehman, Jeffrey Alan Silverman and Gregory Paul Garmon and the production of additional documents as necessary and required either in connection with or independent from the participation of GECC. Wherefore, Debtors respectfully requests that this Court grant the Motions and order the relief requested in the Motions and such other relief as the Court deems just and proper.

Dated: June 17, 2009

BUCHALTER NEMER
A Professional Corporation


By:  /s/ Bernard D. Bollinger, Jr.
         BERNARD D. BOLLINGER, JR.

Attorneys to Debtors GTS PROPERTY PORTFOLIOS B-3, LLC and GULFSTREAM APT. PORTFOLIO, LLC

BN 3814088v1                                2

**STATEMENT OF DEBTORS IN SUPPORT OF THE MOTIONS OF GENERAL ELECTRIC CAPITAL CORPORATION FOR EXAMINATIONS PURSUANT TO BANKRUPTCY RULE 2004**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER NEMER, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **STATEMENT OF DEBTORS GTS PROPERTY PORTFOLIOS B-3, LLC AND GULFSTREAM APT. PORTFOLIO, LLC IN SUPPORT OF THE MOTIONS OF GENERAL ELECTRIC CAPITAL CORPORATION FOR EXAMINATIONS PURSUANT TO BANKRUPTCY RULE 2004 OF CARLENE LEHMAN, JEFFREY SILVERMAN AND GREGORY GARMON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
See attached list.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 17, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Samuel L. Bufford, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple St., Room 1582, Los Angeles, CA 90012-3332 (courtesy copies bin outside courtroom 1575)

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2009 | Teri Carson | /s/ Teri Carson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-3.1
BN 3678237v1

American LegalNet, Inc.
www.Forms*Workflow*.com

| In re: GTS Property Portfolios B-3, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-14774 SB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- Drew A Callahan    ecfcacb@piteduncan.com
- Dan E Chambers    dchambers@jmbm.com
- Russell Clementson    russell.clementson@usdoj.gov
- Eric A Cook    ecook@ebglaw.com
- Robert P Goe    kmurphy@goeforlaw.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
BN 3678237v1

**F 9013-3.1**

American LegalNet, Inc.
www.Forms*Workflow*.com