1  ALAN H. MARTIN, Cal. Bar No. 132301
   amartin@sheppardmullin.com
2  MICHAEL A. WALLIN, Cal. Bar No. 240344
   mwallin@sheppardmullin.com
3  STEPHANIE M. SEIDL, Cal. Bar No. 253674
   sseidl@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:    714-513-5100
6  Facsimile:    714-513-5130

7  Attorneys for Creditor
   GENERAL ELECTRIC CAPITAL CORPORATION
8

9              UNITED STATES BANKRUPTCY COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  LOS ANGELES DIVISION

12

| 13 | In re | Lead Case No. 2:09-bk-14774-SB |
|---|---|---|
| 14 | GTS PROPERTY PORTFOLIOS B-3, LLC, et al., | [Jointly Administered Case Nos. 2:09-bk-14774-SB, 2:09-bk-15342-SB, 2:10-bk-19693-SB and 2:10-bk-19697-SB] |
| 15 | | |
| 16 | Debtors and Debtors-in-Possession. | Chapter 11 |
| 17 | | **NOTICE OF GENERAL ELECTRIC CAPITAL CORPORATION'S ELECTION PURSUANT TO 11 U.S.C. § 1111(b)** |
| 18 | ☐ Affects GTS PROPERTY PORTFOLIOS B-3, LLC, | |
| 19 | | |
| 20 | ☐ Affects GULFSTREAM APT. PORTFOLIO, LLC, | |
| 21 | ☐ Affects KT TERRAZA I, LLC, | |
| 22 | ☐ Affects B3 FLJC, LLC, | |
| 23 | ☒ Affects all Debtors. | |

W02-WEST:1SMS1\402641146.1

Secured creditor General Electric Capital Corporation ("GECC") holds a valid, perfected, first-priority security interest in, among other things, certain parcels of real property described in the *Debtors' Joint Disclosure Statement Describing Debtors' Joint Chapter 11 Plan of Reorganization* filed on March 26, 2010 and is the holder of a claim in the above-referenced bankruptcy cases.

This shall confirm that GECC, by and through its counsel of record, has made an election pursuant 11 U.S.C. § 1111(b)(2) to treat its entire claim as a secured claim under the **pending proposed** Joint Chapter 11 Plan of Reorganization.[1]

Dated: May 10, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Stephanie M. Seidl
STEPHANIE M. SEIDL
Attorneys for Creditor
GENERAL ELECTRIC
CAPITAL CORPORATION

---

[1] GECC also reserves its rights to, among other things: (1) change this election in the future if GTS Property Portfolios B-3, LLC; Gulfstream Apt. Portfolio, LLC; KT Terraza I, LLC; and B3 FLJC, LLC (collectively, the "Debtors") modify their treatment of GECC's claim and/or if the valuation of the real property at issue is changed by the Debtors; (2) object to the adequacy of the pending proposed disclosure statement before the court, and (3) object to the confirmation of the Joint Plan of Reorganization. GECC further reserves all its rights and right remedies including, among other things, changing its election in response to the submission of an amended proposed plan and/or an amended disclosure statement. GECC also reserves all rights to change its election in response to a determination of value of GECC's collateral.

W02-WEST:1SMS1\402641146.1              -1-

| In re: | CHAPTER: 11 |
|---|---|
| GTS Property Portfolios B-3, LLC, et al., | |
| Debtor(s). | CASE NUMBER: 09-14774-SB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422**

A true and correct copy of the foregoing document described as **NOTICE OF GENERAL ELECTRIC CAPITAL CORPORATION'S ELECTION PURSUANT TO 11 U.S.C. § 1111(b)**
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **May 10, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*Judge's Copy*
U.S. Bankruptcy Court **(By Overnight Mail)**
Attn: Judge Samuel L. Bufford
255 E. Temple St., Ctrm 1575
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtors* GTS Property Portfolios B-3, LLC; Gulfstream Apt. Portfolio, LLC; KT Terraza I, LLC; and B3 FLJC, LLC
gts.sh@att.net **(By Email)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 10, 2010** | **Virginia La Monica** | */s/ Virginia La Monica* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com

| In re:<br>GTS Property Portfolios B-3, LLC, et al.,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 09-14774-SB |
|---|---|

### By NEF:

- **Paul S Arrow**    parrow@buvhalter.com, ifs_filing@buchaltr.com
- **Bernard D Bollinger**    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- **Drew A Callahan**    ecfcacb@piteduncan.com
- **Dan E Chambers**    dchambers@jmbm.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Eric A Cook**    ecook@ebglaw.com
- **Robert P Goe**    kmurphy@goeforlaw.com
- **Randolph C Houts**    rhouts@gmail.com
- **Anthony J Napolitano**    anapolitano@buchalter.com, IFS_filing@buchalter.com
- **Lawrence Peitzman**    lpeitzman@pwkllp.com
- **Stephanie M Seidl**    sseidl@sheppardmullin.com
- **David B Shemano**    dshemano@pwkllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

### By U.S. MAIL:

*Debtors*
GTS Property Portfolios B-3, LLC
Gulfstream Apt. Portfolio, LLC
KT Terraza I, LLC and B3 FLJC, LLC
3250 Wilshire Blvd., Suite 1106
Los Angeles, CA  90010-1577

*Request for Special Notice:*
*Attorneys for Creditor,*
*Appliance Warehouse of America, Inc.*
Davor Rukavina, Esq.
Jonathan L. Howell, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

*Counsel for Jong Yong Lee and Frank Wang*
Michael J. Genovese, Esq.
Grant, Genovese & Garatta, LLP,
2030 Main St., Suite 1600
Irvine, CA  92614

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-3.1

American LegalNet, Inc.
www.FormsWorkflow.com