STEPHEN F. BIEGENZAHN (State Bar No. 60584)
**LAW OFFICE OF STEPHEN F. BIEGENZAHN**
611 W. 6th St., Suite 850
Los Angeles, California 90017-3015
Telephone: (213) 617-0017
Facsimile: (480) 247-5977
Email: Steve@SFBLaw.com

Counsel for Braesview Portfolio, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>**GTS PROPERTY PORTFOLIO B-3, LLC**, et al,<br>Debtors. | Case No.: 2:09-bk-14774-SB (lead case)<br>Chapter 11<br>**DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**<br>Date: [No Hearing Required]<br>Time:<br>Ctrm: |

I, Stephen F. Biegenzahn, declare and state:

1.  I am counsel to Braesview Portfolio, Inc., a Delaware corporation ("BPI").

2.  On August 3, 2010, I caused to be filed a document styled Evidence of Transfer Of Claim ("Transfer"). The Transfer should have been accompanied by a document styled "Sale, Assignment And Transfer Of Claim(s)" but that document was inadvertently omitted when I electronically filed the Transfer ("Assignment").

**DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**

3. Attached hereto, marked Exhibit 1 is an accurate copy of the Transfer. Executed August 4, 2010 at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: *[signature]*
Stephen F. Biegenzahn

**DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**

2

Jul 15 2010 2:27PM  HP LASERJET FAX                                           p.2

## SALE, ASSIGNMENT AND TRANSFER OF CLAIM(S)

Performance Roofing, LLC, having a mailing address of 2235 Mercator Drive, Orlando, Florida 32807 ("Assignor"), in consideration of the sum of $1,541.89 (the "Purchase Price"), hereby unconditionally and irrevocably sells, transfers and assigns to Braesview Portfolio, Inc., its successors and assigns, c/o Stephen F. Biegenzahn, 611 W. 6th Street, Suite 850, Los Angeles, California 90017 ("Assignee"), all right, title and interest in and to the Claim(s) of Assignor against Debtors in the case entitled *In re GTS Property Portfolios B-3, LLC, et al, Debtors,* Lead Case No. 2:09-bk-14774-SB, in the United States Bankruptcy Court for the Central District of California, Los Angeles Division ("Court"), for the Purchase Price of $1,541.89.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Sale, Assignment And Transfer Of Claim(s) as an unconditional sale, assignment and transfer and Assignee herein as the valid owner of the Claim(s). The Court is requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim(s) to Assignee.

IN WITNESS WHEREOF, the undersigned Assignor hereunto set its hand this 25 day of June, 2010.

**ASSIGNOR:**

PERFORMANCE ROOFING, LLC

Signed: _____

By (Print Name): RICHARD L. HAINES

As Its (Print Title): CEO


**ASSIGNEE:**

BRAESVIEW PORTFOLIO, INC.

Signed: _____

By (Print Name): GIM TECK OH

As Its (Print Title): PRESIDENT


EXHIBIT 1

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as **DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**.

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 4, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Paul S Arrow    parrow@buchalter.com, ifs_filing@buchalter.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- Drew A Callahan    dcallahan@piteduncan.com, kduke@piteduncan.com
- Dan E Chambers    dchambers@jmbm.com
- Russell Clementson    russell.clementson@usdoj.gov
- Eric A Cook    ecook@ebglaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Randolph C Houts    rhouts@gmail.com
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- David B Shemano    dshemano@pwkllp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Additional service information

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. N/A

☐ Additional service information

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 4, 2010, I served the following person by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Stephanie M Seidl    sseidl@sheppardmullin.com

☐ Additional service information

**DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**

3

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3 | August 4, 2010          Stephen F. Biegenzahn          /s/ Stephen F. Biegenzahn

4 | Date                    Type Name                      Signature

LAW OFFICES OF STEPHEN F. BIEGENZAHN
611 W. 6th St., Suite 850, Los Angeles, CA  90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

**DECLARATION OF STEPHEN F. BIEGENZAHN IN SUPPORT OF TRANSFER OF CLAIM**

4