**210B (12/09**)

# United States Bankruptcy Court

Central District Of California
Case No. 2:09-bk-14774-SB
Chapter 11

In re: Debtor(s) (including Name and Address)

GTS Property Portfolios B-3, LLC
3250 Wilshire Blvd.
Suite 1106
Los Angeles CA 90010-1577

B3 FLJC, LLC
3250 Wilshire Blvd.
Suite 1106
Los Angeles CA 90010

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/02/2010.

Name and Address of Alleged Transferor(s):

Claim No. 82: Performance Roofing LLC, c/o Richard L Haines, 2235 Mercator Drive, Orlando FL 32807

Name and Address of Transferee:

Braesview Portfolio, Inc.
1637 W. Buena Vista Ave.
Anaheim, CA 92802

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/05/10

Jon D. Ceretto
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: bmerceneC              Page 1 of 1                  Date Rcvd: Aug 03, 2010
Case: 09-14774                 Form ID: trc                 Total Noticed: 1

The following entities were noticed by first class mail on Aug 05, 2010.
24599541     +Performance Roofing LLC,   c/o Richard L Haines,   2235 Mercator Drive,   Orlando FL 32807-5309
The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2010**                       **Signature:** *Joseph Speetjens*